# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEJUAN HARRIS, by and through his parent and general guardian, Amber Wiley,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CARLSBAD et al.,<br><br>Defendants. | Case No. 18-cv-0349 DMS (NLS)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) GRANTING PETITION FOR COMPROMISE OF DISPUTED CLAIM OF MINOR** |

On February 14, 2018, Plaintiff LeJuan Harris, by and through his parent and general guardian, Amber Wiley, filed a civil rights complaint arising out of an incident occurring on September 23, 2016. On May 21, 2018, Plaintiff filed a petition for compromise of disputed claim of minor. Defendants filed a non-opposition to the petition. On May 21, 2018, Magistrate Judge Barbara L. Major was assigned to handle the minor's compromise. Judge Major subsequently ordered the parties to submit supplemental briefing as to whether the proposed compromise is fair and reasonable. On June 15, 2018, after reviewing the petition and supplemental briefing, Judge Major issued a Report and Recommendation ("R&R"), recommending that the Court approve the proposed compromise and grant the petition.

This Court, having reviewed *de novo* Judge Major's R&R, adopts the recommendation and grants Plaintiff's petition.

**IT IS SO ORDERED.**

Dated: June 27, 2018

_____
Hon. Dana M. Sabraw
United States District Judge